IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIEN K. GREGG, et al., | No. 2:22-CV-1118-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. The matter is set for a scheduling conference on November 2, 2022, at 10:00 a.m., before the undersigned in Redding, California. On the Court's own motion, this hearing will be conducted by phone. At the designated time of the Scheduling Conference, counsel should call (877) 336-1274 and enter access code 5444373.

IT IS SO ORDERED.

Dated: October 26, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1