Tionna Dolin (SBN: 299010)
tdolin@slpattorney.com
Nino Sanaia (SBN: 343765)
nsanaia@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiffs
BRIEN K. GREGG and DBA BKG PLUMBING

H. Paul Efstratis (SBN 242373)
Paul.Efstratis@lewisbrisbois.com
Taylor F. Sullivan (SBN 297014)
Taylor.Sullivan@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIEN K. GREGG and DBA BKG PLUMBING,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-01118-DJC-DMC<br><br>Judge:  Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Dennis M. Cota<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES**<br><br>Complaint Filed:  June 28, 2022<br>Trial Date: February 2, 2025. |

1
ORDER GRANTING STIPULATION TO CONTINUE DATES

# Order

The Court, having considered the Stipulation to Continue Discovery Deadlines, ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:
    a. Completion of Fact Discovery:  December 28, 2023
    b. Expert Witness Disclosures (Initial):  January 22, 2024
    c. Expert Witness Disclosures (Rebuttal):  February 5, 2024
    d. Completion of All Expert Discovery: May 24, 2024

2. The deadlines/dates are continued as follows:
    a. Completion of Fact Discovery:  March 28, 2024
    b. Expert Witness Disclosures (Initial):  April 22, 2024
    c. Expert Witness Disclosures (Rebuttal):  May 6, 2024
    d. Completion of All Expert Discovery: July 19, 2024

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 13, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE