UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIEN K. GREGG and DBA BKG PLUMBING,<br><br>    Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:22-cv-01118-DJC-DMC<br><br>District Judge: Daniel J. Calabretta<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs BRIEN K. GREGG and DBA BKG PLUMBING ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 February 7, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $140,000.00, pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: July 25, 2024        /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE