UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIEN GREGG AND DBK BKG PLUMBING,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.:   2:22-cv-01118-DJC-DMC<br><br>**ORDER** |

On October 25, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from October 28, 2024 to November 29, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

Dated:  October 28, 2024        /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE