# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIEN GREGG and DBK BKG PLUMBING,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY; , and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-01118-DJC-DMC<br><br>Hon. Daniel J. Calabretta<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs BRIEN GREGG and DBK BKG PLUMBING ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $32,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $32,500.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by January 27, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated:  November 27, 2024        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE